UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LEROY FIELDS #115883** | **CIVIL ACTION** |
| **VERSUS** | **NO: 05-0074** |
| **BURL CAIN, WARDEN** | **SECTION: "S" (1)** |

### CERTIFICATE OF APPEALABILITY

A notice of appeal having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the court, considering the record in the case and the requirement of FRAP 22(b), hereby orders that:

☐  a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____

_____

☒  a certificate of appealability shall not be issued for the following reason(s): the petitioner has not made a substantial shown of the denial of a constitutional right for the reasons stated in this court's order and reasons of February 8, 2007.  28 U.S.C. § 2253(c)(2).

Date:  3/7/07

*Mary Ann Vial Lemmon*
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE